# IN THE SUPREME COURT OF THE STATE OF NEVADA

SWITCH, LTD.,
                        Petitioner,
                vs.
THE STATE OF NEVADA EX REL. THE
PUBLIC UTILITIES COMMISSION OF
NEVADA; THE REGULATORY
OPERATION STAFF OF THE PUBLIC
UTILITIES COMMISSION OF
NEVADA; AND TAMARA R. CORDOVA,
IN HER OFFICIAL CAPACITY AND
HER INDIVIDUAL CAPACITY,
                        Respondents.

No. 78581

**FILED**

MAY 2 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING WRIT PETITION*

Cause appearing, petitioner's motion for a voluntary dismissal of this writ petition is granted. This writ petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Pisanelli Bice, PLLC
       Attorney General/Carson City
       Public Utilities Commission of Nevada

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

19-22233